Du Truong Nguyen
FULL NAME

COMMITTED NAME (if different)

535 N. Alameda St, Los Angeles, CA
FULL ADDRESS INCLUDING NAME OF INSTITUTION

MDC - Los Angeles

Register #: 71201112
PRISON NUMBER (if applicable)



FILED
CLERK, U.S. DISTRICT COURT

AUG - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DU TRUONG NGUYEN

PLAINTIFF,

v.

PIMCO

DEFENDANT(S).

CASE NUMBER

**8:23-cv-01549-JWH(DFMx)**
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☐ Yes   ☒ No

   If your answer is no, explain why not Because the grievance procedure is related to case no. 2:15-CR-00662-SVW, 2:16-CR-00166-SVW, 8:22-CV-1524-JWH-ADS

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ Du Truong Nguyen _____
                                                                 (print plaintiff's name)
who presently resides at 535 North Alameda Street, Los Angeles, CA 90012 ,
                                    (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
MDC - Los Angeles, 535 North Alameda Street, Los Angeles, CA 90012
                         (institution/city where violation occurred)

on (date or dates) __August 3, 2023__, _____, _____.
                                  (Claim I)           (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Jerome M. Schneider__ resides or works at
   (full name of first defendant)
   __650 Newport Beach Center Drive, Newport Beach__, CA 92660
   (full address of first defendant)
   __Fund Manager At PIMCO__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Identity Theft, Securities Fraud, Trade Illegal.__

2. Defendant __Nathan Chiaverini__ resides or works at
   (full name of first defendant)
   __650 Neport Beach Center Drive, Newport Beach__, CA 92660
   (full address of first defendant)
   __Fund Manager At PIMCO__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Identity Theft, Securities Fraud, Trade Illegal.__

3. Defendant __Andrew T. Wittkop__ resides or works at
   (full name of first defendant)
   __650 Newport Beach Center Drive, Newport Beach__, CA 92660
   (full address of first defendant)
   __Fund Manager At PIMCO__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Identity Theft, Securities Fraud, Trade Illegal.__

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS\***

**CLAIM I**

The following civil right has been violated:

The property in controversy, the PRO-RATA SHARE is in controversy is worth $ Net Assets: CUSIP REPORTS $14,086,496,000.00, $11,027,220,000.00, $597,201,000.00, $12,359,150,000.00, $13,138,550,000.00 under:

DU NGUYEN (CC 15-CR-0662-ODW), PIMCO Short-Term Fund, Symbol: PSHAX CUSIP: 693391211, ISIN: US6933912114, Net Assets: $14,086,496,000.00.

DU NGUYEN (CC 2:15-CR-662-14), PIMCO Real Return Fund, Symbol: PRTNX CUSIP: 693391120, ISIN: US6933911207, Net Assets: $11,027,220,000.00.

DU NGUYEN (CC 2:16-CR-00166-ODW), PIMCO Total Return II Instl Fund Symbol: PMBIX, CUSIP: 693390551, ISIN: US693390551, Net Assets: $597,201,000.00.

DU NGUYEN (CC SACV-22-01524-JWH[ADS]), PIMCO Investment Grade Credit Bond Fund, Symbol: PGCAX, CUSIP: 722005592, ISIN: US7220055922 Net Assets: $12,359,150,000.00. DU NGUYEN (CC 2:15-CV-00662[SVW-14])

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Defendants has TRADED securities that were placed into the registry of the court TRADING CUSIPS #'S 693391211, 693391120, 693390551, 722005592, 722005592 which these securities TRADED on the U,S and in the International Stock Markets without KNOWLEDGE or CONSENT of Du Truong Nguyen.

Defendants is currently in violations to Title 15 U.S.C Section 78 u (d) - Violations of Securities of Laws, Title 15 U.S.C. Section 77 q (a) - Conspiracy to Committ Securities, Title 15 U.S.C. Section 1 - Trade Illegal.

\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The plaintiff requests that PIMCO, each defendant be restrained from instituting any action against the plaintiff for recovery of the property or any part of it and or any retaliations resulting in boldly harm for disclosing and whistle-blowing on this mass con job to steal the Funds from PRIVATE ESTATES and not pay any taxes on the debt they create and leave Du-Truong: Nguyen with TAX LIABILITY for the securities and debt they create. PIMCO, Fund Managers Jerome M. Schneider, Nathan Chiaverini, Andrew T. Wittkop reap benefits from this arrangement by way 401K retirement plan its all tied to the CAFR ACCOUNT.

Defendants is also in violations to Identity Theft, Securities Fraud, and Trade Illegal.

The defendants be required to interplead and settle among themselves their rights to the property and that the plaintiff be discharged from all liability.

The plaintiff recovers costs and reasonable attorney's fees, PRO-RATA SHARE in the securities that has been created on the behalf and the benefit of Du Truong Nguyen, and traded by PIMCO, Fund Managers Jerome M. Schneider, Nathan Chiaverini, Andrew T. Wittkop.

The Court grant any further relief as may by just and proper under the circumstances of this case./.

August 3, 2023
*(Date)*

*(Signature of Plaintiff)*

## Your CUSIP Results are as follows:

**DU NGUYEN (CC 15-CR-0662-ODW)**
**PIMCO Short-Term Fund**

| | |
|---|---|
| Symbol: | PSHAX |
| CUSIP: | **693391211** |
| ISIN: | US6933912114 |
| Inception Date: | 1/20/1997 |
| Net Assets: | $14,086,496,000.00 as of 6/2/2022 |
| Portfolio Assets: | $14,086,496,000.00 as of 6/2/2022 |

**A little about the Fund:**

PIMCO Short-Term Fund seeks maximum current income consistent with capital preservation and daily liquidity by investing in investment grade fixed income instruments with an average duration of no longer than one year.



## Your CUSIP Results are as follows:

**DU NGUYEN (CC 2:15-CR-662-14)**
**PIMCO Real Return Fund**

| | |
|---|---|
| Symbol: | PRTNX |
| CUSIP: | **693391120** |
| ISIN: | US6933911207 |
| Inception Date: | 1/29/1997 |
| Net Assets: | $11,027,220,000.00 as of 7/2/2022 |
| Portfolio Assets: | $11,027,220,000.00 as of 7/2/2022 |

### A little about the Fund:

PIMCO Real Return Fund seeks maximum real return, consistent with preservation of real capital and prudent investment management by investing in investment grade inflation-indexed bonds issued by the U.S. and Non-U.S. governments and corporations.



## Your CUSIP Results are as follows:

**DU NGUYEN (CC 2:16-CR-00166-ODW)**
PIMCO Total Return II Instl Fund
Symbol: PMBIX
CUSIP: **693390551**
ISIN: US6933905514
Inception Date: 12/30/1991
Net Assets: $597,201,000.00 as of 7/5/2022
Portfolio Assets: $597,201,000.00 as of 7/5/2022

A little about the Fund:

PIMCO Total Return Fund II seeks total return, consistent with the preservation of capital and prudent investment management by investing in investment grade fixed income instruments with an average portfolio duration of three to six years. The Fund's benchmark is Bloomberg Barclays U.S. Aggregate Index.



## Your CUSIP Results are as follows:

**DU NGUYEN (CC SACV-22-01524-JWH [ADS])**
**PIMCO Investment Grade Credit Bond Fund**

| | |
|---|---|
| Symbol: | PGCAX |
| CUSIP: | **722005592** |
| ISIN: | US7220055922 |
| Inception Date: | 9/30/2002 |
| Net Assets: | $12,359,150,000.00 as of 9/14/2022 |
| Portfolio Assets: | $12,359,150,000.00 as of 9/14/2022 |

## A little about the Fund:

PIMCO Investment Grade Credit Bond Fund seeks maximum total return consistent with preservation of capital and prudent investment management by investing in investment grade corporate fixed income securities. The Fund's average portfolio duration is three to seven years. The Fund's benchmark is Bloomberg U.S. Credit Index.



## Your CUSIP Results are as follows:

**DU TRUONG NGUYEN (CC 2:15-CV-00662 [SVW-14])**
**PIMCO Investment Grade Credit Bond Fund**
Symbol:            PGCAX
CUSIP:             **722005592**
ISIN:              US7220055922
Inception Date:    9/30/2002
Net Assets:        $13,138,550,000.00 as of 10/15/2022
Portfolio Assets:  $13,138,550,000.00 as of 10/15/2022

**A little about the Fund:**

PIMCO Investment Grade Credit Bond Fund seeks maximum total return consistent with preservation of capital and prudent investment management by investing in investment grade corporate fixed income securities. The Fund's average portfolio duration is three to seven years. The Fund's benchmark is Bloomberg U.S. Credit Index.





FROM: NGUYEN, DU TRUONG
REGISTER #: 71201112
MDC - LOS ANGELES
P.O.BOX 531500
LOS ANGELES, CA 90053

TO: UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, SUITE TS-134
LOS ANGELES, CALIFORNIA 90012

ATTENTION: PRO SE CLERK